IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WHISTLE STOP FARMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:16-3309 |
| v. ) | |
| ) | JUDGE CRENSHAW |
| THE TOWN OF THOMPSON'S ) | MAGISTRATE JUDGE BROWN |
| STATION, TENNESSEE, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.01(f)(1), the undersigned, Tonya J. Austin, files an appearance in this case on behalf of Plaintiff. It is hereby requested that all matters which must be noticed to Plaintiff or Defendant or to any other party-in-interest, and all other notices in this case, whether sent by the Court, or any other party-in-interest in this case, be sent electronically to the undersigned at the following email address: taustin@ftbtlaw.com

Respectfully submitted,

s/ Tonya J. Austin
Joshua R. Denton
Tonya J. Austin
FROST BROWN TODD LLC
150 Third Avenue South, Suite 1900
Nashville, TN 37201
Tel: 615.251.5550
Fax: 615.251.5551
jdenton@fbtlaw.com; taustin@fbtlaw.com

Douglas S. Hale
HALE AND HALE, PLC
231 Public Square, Suite 312
Franklin, TN 37064
Tel: 615.794.1312
lmoss@haleandhale.com
*Co-counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2018, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, which will then send a notification of such filing to the following:

Allison L. Bussell
Klein Bussell, PLLC
1224 6th Avenue North
Nashville, TN 37208
Allison.bussell@kleinbussell.com

J. Todd Moore
Attorney at Law
5115 Maryland Way
Suite 100
Brentwood, TN 37027

*Counsel for the Town of Thompson's*
*Station & the Board of Mayor and Aldermen*
*of the Town of Thompson's Station*

                                                s/ Tonya J. Austin

0138893.0661669   4847-5930-0459v1